IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LORETO PARADELA,** | 2:07-cv-02757 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **R. SUBIA,** | |
| Respondent. | |

   GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a seven-day extension of time, to and including June 28, 2010, to file an Answer to the Petition (docket no. 13). Respondent's June 28, 2010 Answer is deemed timely, and Petitioner's motion for entry of default is denied (docket no. 12).

DATED: July 1, 2010.

_____
U.S. MAGISTRATE JUDGE